GEANA M. VAN DESSEL, WSBA #35969
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA  99201
Phone: (509) 324-9256

ROBERTA JACOBS-MEADWAY, Esq., *pro hac vice motion to be filed*
JOSHUA KIRSCH, ESQ., *pro hac vice motion to be filed*
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
Phone: (215) 851-8400

*Attorneys for Plaintiff Birthright*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BIRTHRIGHT, a Canadian not-for-profit corporation<br><br>Plaintiff,<br><br>vs.<br><br>BIRTHRIGHT, L.L.C., a Washington State limited liability company,<br><br>Defendant. | No.<br><br>COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION |

COMPLAINT- 1

Plaintiff, Birthright ("Birthright" or "Plaintiff"), by its undersigned counsel, brings this action for trademark infringement and unfair competition against defendant, Birthright, L.L.C. ("Defendant").

## I. PARTIES

1. Plaintiff, Birthright, is a Canadian not-for-profit corporation, having a place of business at 777 Coxwell Avenue, Toronto, Ontario, Canada M4C 3C6.

2. Upon information and belief, Defendant, Birthright, L.L.C., is a Washington limited liability company, having a place of business at 127 East Euclid, Spokane, Washington 99207.

## II. JURISDICTION AND VENUE

3. This is an action for trademark infringement and unfair competition arising under the *Lanham Act*, 15 U.S.C. §§ 1051, *et seq*.

4. This Court has subject matter jurisdiction of this action pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1332, and 1338.

5. Venue is proper in the Eastern District of Washington pursuant to 28 U.S.C. § 1391(c).

6. Defendant has committed acts of trademark infringement and unfair competition in the nature of trademark infringement in this District and elsewhere in commerce.

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## III. FACTUAL BACKGROUND

7.  Plaintiff is and has been engaged since 1968 through its related companies (chartered Chapters) (collectively, BIRTHRIGHT) in rendering pregnancy counseling services including counseling about pregnancy and childbirth, medical referrals, legal referrals, social services referrals, job counseling and career development counseling throughout the United States.

8.  The nature and extent of Birthright's use of its BIRTHRIGHT name and mark can be seen at its website, www.birthright.org, and at the websites of its Chapters.

9.  It is customary for chartered Chapters under license from Birthright to have as the dominant element of the marks and names they use, BIRTHRIGHT, as in Birthright of Walla Walla, located at 609 W. Birch St., Walla Walla, Washington 99362.

10.  Birthright has taken steps to protect its BIRTHRIGHT mark and has secured U.S. Trademark Registration No. 2,853,169 for such mark for counseling of pregnant women regarding childbirth, health and mental health issues, including pregnancy health issues.  Registration No. 2,853,169 is incontestable.  A printout of the pertinent information about such registration from the PTO database showing status and title is attached as Exhibit A.

COMPLAINT- 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

11. Birthright has continuously used BIRTHRIGHT as its trademark and trade name in connection with its programs, services and business.

12. Birthright's registered trademark BIRTHRIGHT, is inherently distinctive as applied to Birthright's counseling of pregnant women regarding childbirth, health and mental health issues, including pregnancy health issues.

13. Birthright's BIRTHRIGHT trademark and name are inherently distinctive of Birthright's programs, services, and business.

14. Use of the BIRTHRIGHT mark and name by Birthright has been continuous and commercially significant and substantially exclusive in connection with the services identified in its registration, and related goods and services.

15. By virtue of Birthright's continuous use in commerce of its registered mark, BIRTHRIGHT, and of the BIRTHRIGHT mark and name in connection with its programs, services, and business, and the nature and extent of such use, such programs, services, and business, have become favorably known to the relevant trade and public under such mark and name and identify the programs, services, and business of Birthright.

COMPLAINT- 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

16. Defendant, long after the first use in commerce of Birthright's registered BIRTHRIGHT mark and name, began using "Birthright, L.L.C." as a mark and name in connection with midwifery services.

17. Examples of Defendant's use of "Birthright, L.L.C." and references by third-parties to "Birthright, L.L.C.," are appended as Exhibit B.

18. Birthright sought to resolve its dispute with Defendant prior to commencing this litigation, but those efforts were unsuccessful.

19. Defendant's continued use of "Birthright, L.L.C." as a mark and name is with actual and constructive knowledge of the prior use of the registered BIRTHRIGHT mark and name, and is willful, intentional, and in bad-faith.

## IV. TRADEMARK INFRINGEMENT

20. The allegations of the preceding paragraphs of the Complaint are incorporated herein by reference.

21. This is a claim for trademark infringement of Birthright's federally registered trademark in violation of 15 U.S.C. § 1114.

22. The use of "Birthright, L.L.C." by Defendant is use of a mark and name which is likely to cause confusion, and has caused actual confusion, of the relevant public and trade with Birthright's registered mark as to the source of the Defendant's services and as to Defendant's affiliation with, or sponsorship by, Birthright.

COMPLAINT- 5

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

23. The services of Defendant under the challenged mark and name are closely related to those rendered under Birthright's registered BIRTHRIGHT mark.

24. Defendant's midwifery services offered under the "Birthright, L.L.C." mark and name and Birthright's pregnancy counseling services, including counseling about pregnancy and childbirth, offered under the BIRTHRIGHT mark, are offered to the same and overlapping classes of customers through the same and overlapping trade channels in the same geographic market where they are promoted through the same and overlapping media.

25. Defendant's challenged mark and name incorporates the entirety of the registered BIRTHRIGHT mark, and the addition of the generic term, "L.L.C.," which has no trademark significance, does nothing to obviate the likelihood of confusion, mistake, and deception.

26. Members of the relevant public and trade are likely to believe and/or assume in error on seeing or hearing Defendant's marks and names in connection with its business and services, that such services are rendered by or under license from, or in affiliation with, the source of the services rendered under Birthright's registered mark.

27. Actual confusion has in fact already occurred and come to the attention of Birthright.

COMPLAINT- 6

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1   28.   Defendant's use of "Birthright, L.L.C." as a mark and name,
2  violates the rights of Birthright in its registered BIRTHRIGHT mark.
3   29.   Birthright cannot control the nature or quality of the services
4  rendered by Defendant under the challenged mark and name and the
5  continued use of such mark and name irreparably damages Birthright
6  and the goodwill it enjoys in its registered mark.
7   30.   Defendant's continued use of "Birthright, L.L.C." is willful,
8  intentional, and undertaken and continued in bad faith.
9   31.   Birthright (Plaintiff) has no adequate remedy at law.

## V.  UNFAIR COMPETITION IN VIOLATION OF 15 U.S.C. § 1125(a)

32.   The allegations of the preceding paragraphs of the Complaint are incorporated herein by reference.

33.   This is a claim for unfair competition in the nature of trademark infringement in violation of 15 U.S.C. § 1125(a).

34.   Defendant's "Birthright, L.L.C." mark and name complained of herein is, as used, confusingly similar to the registered BIRTHRIGHT mark and the BIRTHRIGHT marks and names in sound, appearance and commercial impression.

35.   Such use by Defendant unlawfully exploits the goodwill Birthright enjoys in its registered mark and its marks and names, which feature BIRTHRIGHT as their dominant element, and is likely to cause

COMPLAINT- 7

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

and has caused confusion, mistake, and deception among the relevant public and the trade, as to Defendant's affiliation or association Birthright and with the services rendered and business conducted by Birthright.

36. Defendant's "Birthright, L.L.C." mark and name incorporates the entirety of the registered BIRTHRIGHT mark and the BIRTHRIGHT marks and names of Birthright all of which feature BIRTHRIGHT as their dominant element. The addition of generic or geographically descriptive matter does nothing to obviate the likelihood of confusion, mistake, and deception, given that the related services of the parties are provided to overlapping classes of purchasers and are promoted through the same types of media.

37. Members of the relevant public and trade are accordingly likely to believe and/or assume in error on seeing or hearing Defendant's mark and name in connection with its services, that such services are rendered by or under license from or in affiliation with the source of the services rendered under Birthright's registered BIRTHRIGHT mark and its other marks and names which feature BIRTHRIGHT as their dominant element.

38. Actual confusion has in fact already occurred and come to the attention of Birthright.

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

39. Defendant's use of "Birthright, L.L.C." as a mark and name, violates the rights of Birthright in its registered mark and its other Birthright marks and names which feature BIRTHRIGHT as their dominant element.

40. Birthright cannot control the nature or quality of the services rendered by Defendant under the challenged mark and name and the continued use of such mark and name irreparably damages Birthright and the goodwill it enjoys in its registered BIRTHRIGHT mark and other Birthright marks and names, which feature BIRTHRIGHT as their dominant element.

41. Defendant's continued use of Birthright as a mark and name and component of a mark and name is willful, intentional, and undertaken and continued in bad faith.

42. Birthright (Plaintiff) has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Birthright, respectfully requests that this Court:

1. Enter judgment in its favor and against Defendant on the Complaint;

2. Permanently enjoin and restrain Defendant, its officers, agents, employees and all other persons in active concert or participation with Defendant from:

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

a. Use of the "Birthright, L.L.C." mark and name, and any mark or name which contains or comprises BIRTHRIGHT or any phonetic equivalent, in connection with midwifery services or rendering pregnancy counseling services and any related goods and services and business;

b. Use of the "Birthright, L.L.C." mark and name and any mark or name which contains or comprises BIRTHRIGHT or any phonetic equivalent, in connection with any marketing or advertising in connection with midwifery services or pregnancy counseling services including counseling about pregnancy and childbirth, and any related goods or services or business, not limited to marketing or advertising conducted through television, radio, print media, the internet, or other social media; and

c. Engaging in any other conduct that causes, or is likely to cause, confusion, mistake, misunderstanding, or deception as to an affiliation, connection, association, origin, sponsorship or approval of Defendant's business and services, by Birthright or with Birthright's marks or names;

3. Order an accounting against Defendant for all profits received from the rendering of services under any mark and name which contains or comprises "Birthright" or any phonetic equivalent;

COMPLAINT- 10

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1  4.  Award Plaintiff its attorneys' fees, costs, and disbursements
2  pursuant to 15 U.S.C. § 1117; and
3  5.  Grant such further relief as this Court deems just and
4  appropriate.
5  Respectfully submitted this 6th day of November, 2015.

By: *s/ Geana M. Van Dessel*
Geana M. Van Dessel, WSBA #35969
Rhett V. Barney, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
geanav@leehayes.com
rhettb@leeyhayes.com

Roberta Jacobs-Meadway, Esq.
Joshua Kirsch, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
Phone: (215) 851-8400
rjacobsmeadway@eckertseamans.com
jkirsch@eckertseamans.com

Counsel for Plaintiff

*Motions for admission pro hac vice will be submitted*

COMPLAINT- 11

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509) 324-9256 Fax: (509) 323-8979