# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

| | |
|---|---|
| BIRTHRIGHT, a Canadian not-for-profit corporation, *Plaintiff(s)* <br> v. <br> BIRTHRIGHT, L.L.C., a Washington State limited liability company, *Defendant(s)* | Civil Action No.  2:15-CV-309-SAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BIRTHRIGHT, L.L.C.
c/o Victoria Stickelmeyer, Registered Agent
127 East Euclid
Spokane, WA 99207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Geana M. Van Dessel | AND | Roberta Jacobs-Meadway, Esq. |
|---|---|---|
| Rhett V. Barney | | Joshua Kirsch, Esq. |
| Lee & Hayes, PLLC | | Eckert Seamans Cherin & Mellott, LLC |
| 601 W Riverside Ave., Ste. 1400 | | Two Liberty Place |
| Spokane, WA 99201 | | 50 S. 16th Street, 22nd Floor |
| | | Philadelphia, PA 19102 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Nov 06, 2015, 1:49 pm

Date

**SEAN F. McAVOY, Clerk**



Civil Action No. 2:15-CV-309-SAB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc: